**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shalonda V Leggett, | No. CV-25-01302-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Nebraska Department of Health and Human Services, et al., | |
| Defendants. | |

When this case was filed the Clerk's office categorized the "cause" as "42:1981 Civil Rights." Plaintiff Shalonda V. Leggett requests the court update the cause listed on the docket to reflect her case is "primarily brought under" 42 U.S.C. § 1983, 42 U.S.C. § 1396, and 28 U.S.C. § 2201. (Doc. 13 at 2.) Leggett fears the current cause "may lead to mischaracterization of the case." (Doc. 13 at 2.)

Designation of the "cause" on the docket is an internal procedural mechanism the Clerk's Office uses solely for administrative purposes. The cause listed has no substantive impact on the adjudication of any action. Here, as in general, it is the substance of documents and motions—not labels on the docket—that matters. *See United States v. State of Or.*, 769 F.2d 1410, 1414 n.4 (9th Cir. 1985) ("the label attached to a motion does not control its substance"). Accordingly, it is unnecessary to update the docket.

/

/

/

Accordingly,

**IT IS ORDERED** the Motion to Correct (Doc. 13) is **DENIED**.

Dated this 28th day of April, 2025.

Honorable Krissa M. Lanham
United States District Judge